FILED

December 11, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
       DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **JESUS SAMANO AGUILAR,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | **CIVIL NO. SA-25-CV-1701-OLG** |
| § | |
| **BOBBY THOMPSON** *et al.*, § | |
| § | |
| Respondents. § | |

## <u>ORDER</u>

Pending before the Court in this habeas proceeding is Petitioner's Emergency Motion for Temporary Restraining Order (Dkt. No. 3), filed December 10, 2025.

The injunctive relief Petitioner seeks is identical to the ultimate relief sought on the merits of this already-expedited habeas proceeding. In that posture, this Court and others have denied such motions and proceeded directly to the merits of the habeas petition itself. *See Garcia-Aleman v. Thompson*, No. SA-25-CV-886-OLG, Order Denying Motion for TRO and Preliminary Injunction, (W.D. Tex. Oct. 30, 2025) (collecting cases); *Chambliss v. Ashcroft*, No. 3:04-CV-298-D, 2004 WL 718998, at *2 (N.D. Tex. Apr. 1, 2004) (recommending preliminary injunction be denied and habeas briefing be expedited because the preliminary relief was "the same as the relief sought through the habeas petition"), *report and recommendation adopted*, No. CIV.A. 3:04-CV-298D, 2005 WL 724206 (N.D. Tex. Mar. 30, 2005). Indeed, prompt resolution is already contemplated by the nature of the writ itself. *See* 28 U.S.C. § 2243 ("A court . . . entertaining an application for a writ of habeas corpus shall *forthwith* award the writ or issue an order directing the respondent to show cause why the writ should not be granted." (emphasis added)); *Harris v. Nelson*, 394 U.S. 286, 291 (1969) ("[T]he office of the writ is to provide a prompt and efficacious remedy, . . . . [and] must not be allowed to founder in procedural morass." (citation modified)).

Accordingly, the Motion (Dkt. No. 3) is **DENIED**. The Court will promptly resolve the merits of this case.

**IT IS SO ORDERED**.

**SIGNED** this 11th day of December 2025.

_____
ORLANDO L. GARCIA
United States District Judge